UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

FERNANDO JIMENEZ,

                          Plaintiffs,

- against -

BANKERS TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, TULLY CONTSRUCTION CO., INC., TULLY INDUSTRIES, 120 BROADWAY, LLC, 120 BROADWAY HOLDING, LLC, 120 BROADWAY PROPERTIES, LLC, SILVERSTEIN PROPERTIES, INC, BLACK DIAMONDS LLC, 88 GREENWICH LLC, J.P. MORGAN CHASE CORPORATION, MSDW 140 BROADWAY PROPERTY L.L.C,

                          Defendants.

**AFFIDAVIT OF PERSONAL SERVICE**

DOCKET NO.
07- CIV-8306

Judge Hellerstein

STEPHANIE LOPEZ, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

That on the 2nd day of January 2008, at approximately 10:30 a.m. at 88 Greenwich LLC C/O World- Wide Holdings Corp., 950 Third Avenue, 18th Floor, deponent served the within copy of the Summons and Complaint upon 88 Greenwich LLC by delivering thereat a true copy of same to Anton Simpson, Receptionist, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Male African American, Brown skin, Black hair, approx. 20-30, height approx. 5'3"-5'7"**

                                                                         Stephanie Lopez

Sworn to before me this
___ day of January 2008

_____
Notary public

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20 09