UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

FERNANDO JIMENEZ,

               Plaintiffs,

- against -

BANKERS TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, TULLY CONTSRUCTION CO., INC., TULLY INDUSTRIES, 120 BROADWAY, LLC, 120 BROADWAY HOLDING, LLC, 120 BROADWAY PROPERTIES, LLC, SILVERSTEIN PROPERTIES, INC, BLACK DIAMONDS LLC, 88 GREENWICH LLC, J.P. MORGAN CHASE CORPORATION, MSDW 140 BROADWAY PROPERTY L.L.C,

               Defendants.

**AFFIDAVIT OF PERSONAL SERVICE**

DOCKET NO.
07- CIV-8306

Judge Hellerstein

STEPHANIE LOPEZ, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Bronx County in the State of New York.

That on the 4th day of January 2008, at approximately 10:45 a.m. at CT Corporation, 111 8th Avenue, 13th Floor, New York, New York deponent served the within copy of the Summons and Complaint upon Deutsche Bank Trust Company Americas by delivering thereat a true copy of same to Aixa Flores, process specialist, an individual of suitable age and discretion. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Female Hispanic, Brown skin, Black hair, approx. 30-35, height approx. 5'3"-5'7"**

               _____
               Stephanie Lopez

Sworn to before me this
4th day of January 2008

_____
Notary public

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 2009