Thomas A. Egan, Esq.
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500

Attorneys for Defendants The 120 Broadway Parties

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
IN RE: WORLD TRADE CENTER DISASTER : 21 MC 102 (AKH)
SITE LITIGATION :
:
:
------------------------------------------------------------------X
:
FERNANDO JIMINEZ, :
: 07-CV-8306 (AKH)
:
                        Plaintiff, : **NOTICE OF THE 120 BROADWAY**
: **PARTIES' ADOPTION OF ANSWER**
- against - : **TO MASTER COMPLAINT**
:
BANKERS TRUST COMPANY, et al., :
:
                        Defendants. :
:
------------------------------------------------------------------X

    PLEASE TAKE NOTICE THAT Defendants 120 Broadway Holdings, LLC (incorrectly sued herein as 120 Broadway Holding, LLC), 120 Broadway Properties, LLC, 120 Broadway, LLC, and Silverstein Properties, Inc. (collectively, "The 120 Broadway Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt the 120 Broadway Parties' Answer to Master Complaint, dated August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the 120 Broadway Parties demand judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated:  New York, New York
        January 15, 2008

                            **FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**
                            Attorneys for Defendants The 120 Broadway Parties

                      By: _____
                             Thomas A. Egan
                          One Liberty Plaza
                          New York, New York  10006-1404
                          (212) 412-9500